Prob 12B  
(7/93)



# UNITED STATES DISTRICT COURT
## for the
### District of Nebraska

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| **Name of Offender:** | Mary Brooks    **Docket Number:** 8:99CR 17 |
| **Sentencing Judge:** | Honorable William G. Cambridge |
| **Assigned to:** | Honorable Joseph F. Bataillon<br>Chief U.S. District Judge |
| **Date of Original Sentence:** | July 19, 1999 |
| **Original Offense:** | Possession with Intent to Distribute Crack Cocaine |
| **Original Sentence:** | 80 months Bureau of Prisons; five years Supervised Release |
| **Type of Supervision:** | Supervised Release |

**Date Supervision Commences:** July 19, 2005

---

## PETITIONING THE COURT

___ To extend the term of supervision for _____, for a total term of _____.

_X_ To modify the conditions of supervision as follows:

That the defendant's costs of supervision be remitted.

### CAUSE

Mary Brooks receives $768 in retirement income. This is her only income. Further, since being released from the Bureau of Prisons, she has been hospitalized several times including two surgeries which have left her in a crippled condition. She was also homeless until her granddaughter assumed the responsibility of caring for her by providing shelter, transportation and supplementing the cost of her medications. As such, because of her age (66) and poor physical health, it is questionable whether Ms. Brooks will have the capabilities to earn an additional income to pay the costs of supervision during her term. It is this officer's position that the supervision fees originally ordered by the Court be remitted.

**Brooks, Mary**
**Modification of Conditions**
**March 16, 2006**

Respectfully submitted,

*Harriette Washington* (signature)

Harriette Washington
U.S. Probation Officer

Reviewed by,

*David E. Goering by: [initials]* (signature)

David E. Goering, Supervising
U.S. Probation Officer

THE COURT ORDERS

___ No Action

___ The Extension of Supervision as noted above

_X_ The Modification of Conditions as noted above

___ Other

*Joseph F. Bataillon* (signature)

Joseph F. Bataillon
Chief U.S. District Judge

3/30/06
Date

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

## Waiver of Hearing to Modify Conditions of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification:

That the defendant's costs of supervision be remitted.

Witness: *Harriette Washington*
Harriette Washington
U.S. Probation Officer

Signed: *Mary Johnson Brooks*
Mary Brooks

Date: March 28, 2006